

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

*Jennifer E., Sherven, Esq.*
*JSherven@kdvlaw.com*

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

November 11, 2019

**Memo Endorsed**

**VIA ECF**
Judge Paul G. Gardephe
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Valentin Reid v. GGR America Corp.**
**Index No.: 19-cv-07643 (PGG) (OTW)**

Dear Judge Gardephe:

This office represents the Defendant, GGR America Corp. ("Defendant"), in the above-referenced matter.

We are pleased to report that the parties have reached an agreement in principle to resolve this matter. As a result, the parties respectfully request that the initial conference currently scheduled for tomorrow, November 12, 2019, be adjourned and all deadlines held in abeyance *sine die* to enable the parties time to complete the necessary settlement paperwork and fully consummate the settlement, which the parties anticipate will take approximately 45 days.

We thank Your Honor for all courtesies extended. Please do not hesitate to contact me with any questions.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Jennifer E. Sherven

cc: All counsel of record (via ECF)

**Application Granted.**

**SO ORDERED.**

Ona T. Wang      11/12/19
U.S. Magistrate Judge

4817-7936-9388, v. 1